MATTHEW L. SEROR (SBN: 235043)
mseror@buchalter.com
BUCHALTER NEMER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Defendants
GREGORY CHAN and
PYLON MEDIA GROUP, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:16-cv-00795-JFW-JEM<br><br>**ANSWER TO COMPLAINT**<br><br>**DEMAND FOR JURY TRIAL** |

　　　Defendants Gregory Chan ("Chan") and Pylon Media Group, Inc. ("Pylon") (collectively with Chan, "Defendants"), answer the Complaint (the "Complaint") of plaintiff Reflex Media, Inc. ("Plaintiff") as follows:

　　　1.　Defendants deny the allegations contained in Paragraph 1 of the Complaint.

　　　2.　Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 2 of the Complaint and, on that basis, deny each and every allegation contained therein.

///

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

BN 21244488V1

ANSWER

Case No. 8:16-cv-795

3. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 3 of the Complaint and, on that basis, deny each and every allegation contained therein.

4. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 4 of the Complaint and, on that basis, deny each and every allegation contained therein.

5. Defendants deny the allegations contained in Paragraph 5 of the Complaint.

6. Defendants deny the allegations contained in Paragraph 6 of the Complaint.

7. Defendants deny the allegations contained in Paragraph 7 of the Complaint.

8. Defendants deny the allegations contained in Paragraph 8 of the Complaint.

9. Defendants deny the allegations contained in Paragraph 9 of the Complaint.

10. Defendants deny the allegations contained in Paragraph 10 of the Complaint.

11. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 11 of the Complaint and, on that basis, deny each and every allegation contained therein.

12. Chan admits the allegations contained in Paragraph 12 of the Complaint.

13. Chan denies the allegations contained in Paragraph 13 of the Complaint.

14. Pylon admits the allegations contained in Paragraph 14 of the Complaint.

///

1  15. Pylon denies the allegations contained in Paragraph 15 of the
2  Complaint.
3  16. Defendants lack sufficient knowledge or information to either admit or
4  deny the allegations contained in Paragraph 16 of the Complaint and, on that basis,
5  deny each and every allegation contained therein.
6  17. Defendants lack sufficient knowledge or information to either admit or
7  deny the allegations contained in Paragraph 17 of the Complaint and, on that basis,
8  deny each and every allegation contained therein.
9  18. Defendants lack sufficient knowledge or information to either admit or
10 deny the allegations contained in Paragraph 18 of the Complaint and, on that basis,
11 deny each and every allegation contained therein.
12 19. Defendants lack sufficient knowledge or information to either admit or
13 deny the allegations contained in Paragraph 19 of the Complaint and, on that basis,
14 deny each and every allegation contained therein.
15 20. Defendants lack sufficient knowledge or information to either admit or
16 deny the allegations contained in Paragraph 20 of the Complaint and, on that basis,
17 deny each and every allegation contained therein.
18 21. Defendants lack sufficient knowledge or information to either admit or
19 deny the allegations contained in Paragraph 21 of the Complaint and, on that basis,
20 deny each and every allegation contained therein.
21 22. Defendants lack sufficient knowledge or information to either admit or
22 deny the allegations contained in Paragraph 22 of the Complaint and, on that basis,
23 deny each and every allegation contained therein.
24 23. Defendants lack sufficient knowledge or information to either admit or
25 deny the allegations contained in Paragraph 23 of the Complaint and, on that basis,
26 deny each and every allegation contained therein.
27 ///
28 ///

24. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 24 of the Complaint and, on that basis, deny each and every allegation contained therein.

25. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 25 of the Complaint and, on that basis, deny each and every allegation contained therein.

26. Paragraph 26 contains a legal conclusion which Defendants are not required to either admit or deny. Defendants admit that in this action Plaintiff asserts claims under the Lanham Act and for unfair competition.

27. Paragraph 27 contains a legal conclusion which Defendants are not required to either admit or deny.

28. Paragraph 28 contains a legal conclusion which Defendants are not required to either admit or deny.

29. Defendants deny the allegations contained in Paragraph 29 of the Complaint.

30. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 30 of the Complaint and, on that basis, deny each and every allegation contained therein.

31. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 31 of the Complaint and, on that basis, deny each and every allegation contained therein.

32. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 32 of the Complaint and, on that basis, deny each and every allegation contained therein.

33. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 33 of the Complaint and, on that basis, deny each and every allegation contained therein.

///

34. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 34 of the Complaint and, on that basis, deny each and every allegation contained therein.

35. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 35 of the Complaint and, on that basis, deny each and every allegation contained therein.

36. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 36 of the Complaint and, on that basis, deny each and every allegation contained therein.

37. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 37 of the Complaint and, on that basis, deny each and every allegation contained therein.

38. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 38 of the Complaint and, on that basis, deny each and every allegation contained therein.

39. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 39 of the Complaint and, on that basis, deny each and every allegation contained therein.

40. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 40 of the Complaint and, on that basis, deny each and every allegation contained therein.

41. Defendants lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 41 of the Complaint and, on that basis, deny each and every allegation contained therein.

42. Defendants, for themselves alone, deny the allegations contained in Paragraph 42 of the Complaint.

43. Defendants, for themselves alone, deny the allegations contained in Paragraph 43 of the Complaint.

44. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 44 of the Complaint and, on that basis, deny each and every allegation contained therein.

45. Defendants, for themselves alone, deny the allegations contained in Paragraph 45 of the Complaint.

46. Defendants, for themselves alone, deny the allegations contained in Paragraph 46 of the Complaint.

47. Defendants, for themselves alone, deny the allegations contained in Paragraph 47 of the Complaint.

48. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 48 of the Complaint and, on that basis, deny each and every allegation contained therein.

49. Defendants, for themselves alone, deny the allegations contained in Paragraph 49 of the Complaint.

50. Defendants, for themselves alone, deny the allegations contained in Paragraph 50 of the Complaint.

51. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 51 of the Complaint and, on that basis, deny each and every allegation contained therein.

52. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 52 of the Complaint and, on that basis, deny each and every allegation contained therein.

53. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 53 of the Complaint and, on that basis, deny each and every allegation contained therein.

54. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 54 of the Complaint and, on that basis, deny each and every allegation contained therein.

1  55. Defendants, for themselves alone, lack sufficient knowledge or
2 information to either admit or deny the allegations contained in Paragraph 55 of the
3 Complaint and, on that basis, deny each and every allegation contained therein.
4  56. Defendants, for themselves alone, lack sufficient knowledge or
5 information to either admit or deny the allegations contained in Paragraph 56 of the
6 Complaint and, on that basis, deny each and every allegation contained therein.
7  57. Defendants, for themselves alone, deny the allegations contained in
8 Paragraph 57 of the Complaint.
9  58. Defendants, for themselves alone, deny the allegations contained in
10 Paragraph 58 of the Complaint.
11  59. In response to Paragraph 59 of the Complaint, Defendants incorporate
12 by reference their responses to Paragraphs 1-58, inclusive, of this Answer as if said
13 responses were set forth herein.
14  60. Defendants, for themselves alone, lack sufficient knowledge or
15 information to either admit or deny the allegations contained in Paragraph 60 of the
16 Complaint and, on that basis, deny each and every allegation contained therein.
17  61. Defendants, for themselves alone, deny the allegations contained in
18 Paragraph 61 of the Complaint.
19  62. Defendants, for themselves alone, deny the allegations contained in
20 Paragraph 62 of the Complaint.
21  63. Defendants, for themselves alone, deny the allegations contained in
22 Paragraph 63 of the Complaint.
23  64. Defendants, for themselves alone, deny the allegations contained in
24 Paragraph 64 of the Complaint.
25  65. Defendants, for themselves alone, deny the allegations contained in
26 Paragraph 65 of the Complaint.
27 ///
28 ///

66. In response to Paragraph 66 of the Complaint, Defendants incorporate by reference their responses to Paragraphs 1-65, inclusive, of this Answer as if said responses were set forth herein.

67. Defendants, for themselves alone, deny the allegations contained in Paragraph 67 of the Complaint.

68. Defendants, for themselves alone, deny the allegations contained in Paragraph 68 of the Complaint.

69. Defendants, for themselves alone, deny the allegations contained in Paragraph 69 of the Complaint.

70. Defendants, for themselves alone, deny the allegations contained in Paragraph 70 of the Complaint.

71. Defendants, for themselves alone, deny the allegations contained in Paragraph 71 of the Complaint.

72. Defendants, for themselves alone, deny the allegations contained in Paragraph 72 of the Complaint.

73. Defendants, for themselves alone, deny the allegations contained in Paragraph 73 of the Complaint.

74. Defendants, for themselves alone, deny the allegations contained in Paragraph 74 of the Complaint.

75. In response to Paragraph 75 of the Complaint, Defendants incorporate by reference their responses to Paragraphs 1-74, inclusive, of this Answer as if said responses were set forth herein.

76. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 76 of the Complaint and, on that basis, deny each and every allegation contained therein.

77. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 77 of the Complaint and, on that basis, deny each and every allegation contained therein.

1  78. Defendants, for themselves alone, deny the allegations contained in Paragraph 78 of the Complaint.

2  79. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 79 of the Complaint and, on that basis, deny each and every allegation contained therein.

3  80. Defendants, for themselves alone, deny the allegations contained in Paragraph 80 of the Complaint,

4  81. Defendants, for themselves alone, deny the allegations contained in Paragraph 81 of the Complaint.

5  82. Defendants, for themselves alone, deny the allegations contained in Paragraph 82 of the Complaint.

6  83. Defendants, for themselves alone, deny the allegations contained in Paragraph 83 of the Complaint.

7  84. Defendants, for themselves alone, deny the allegations contained in Paragraph 84 of the Complaint.

8  85. Defendants, for themselves alone, deny the allegations contained in Paragraph 85 of the Complaint.

9  86. Defendants, for themselves alone, deny the allegations contained in Paragraph 86 of the Complaint.

10  87. In response to Paragraph 87 of the Complaint, Defendants incorporate by reference their responses to Paragraphs 1-86, inclusive, of this Answer as if said responses were set forth herein.

11  88. Defendants, for themselves alone, deny the allegations contained in Paragraph 88 of the Complaint.

12  89. Defendants, for themselves alone, deny the allegations contained in Paragraph 89 of the Complaint.

///
///

90. In response to Paragraph 90 of the Complaint, Defendants incorporate by reference their responses to Paragraphs 1-89, inclusive, of this Answer as if said responses were set forth herein.

91. Defendants, for themselves alone, lack sufficient knowledge or information to either admit or deny the allegations contained in Paragraph 91 of the Complaint and, on that basis, deny each and every allegation contained therein.

92. Defendants, for themselves alone, deny the allegations contained in Paragraph 92 of the Complaint.

93. Defendants, for themselves alone, deny the allegations contained in Paragraph 93 of the Complaint.

94. Defendants, for themselves alone, deny the allegations contained in Paragraph 94 of the Complaint.

95. Defendants, for themselves alone, deny the allegations contained in Paragraph 95 of the Complaint.

96. Defendants, for themselves alone, deny the allegations contained in Paragraph 96 of the Complaint.

## AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1. Plaintiff has failed to allege any claim against the Defendants for which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

(No Likelihood of Confusion)

1. There is no likelihood of confusion as between Plaintiff's alleged trademarks and Defendants.

///

///

///

## THIRD AFFIRMATIVE DEFENSE

(Plaintiff's Mark Not Inherently Distinctive)

2. The Plaintiff's marks as alleged in the Complaint are not inherently distinctive.

## FOURTH AFFIRMATIVE DEFENSE

(No Confusion As to Source of Origin)

3. The services at issue will not mistakenly be thought by the public to derive from the same source as Plaintiff's goods, nor will such use be thought by the public to be a use by Plaintiff or with Plaintiff's authorization or approval.

## FIFTH AFFIRMATIVE DEFENSE

(No Secondary Meaning)

4. Plaintiff's mark, as alleged in the Complaint, have not become distinctive through the acquisition of a secondary meaning.

## SIXTH AFFIRMATIVE DEFENSE

(Abandonment)

5. Plaintiff's claims are barred and Plaintiff is not entitled to the relief sought in its Complaint because the marks identified in the Complaint have been abandoned by the Plaintiff.

## SEVENTH AFFIRMATIVE DEFENSE

(Fair Use)

6. Defendants' alleged use of the purportedly infringing mark is descriptive of and used fairly and in good faith, thus there is no infringement or violation of Plaintiff's trademark rights.

## EIGHTH AFFIRMATIVE DEFENSE

(Lack of Damages)

7. Defendants allege that Plaintiff has sustained no loss or damages as a result of Defendants' alleged conduct.

## NINTH AFFIRMATIVE DEFENSE

### (Mitigation of Damages)

8. Defendants allege that Plaintiff has failed to mitigate the damages, if any, that Plaintiff has allegedly suffered.

## TENTH AFFIRMATIVE DEFENSE

### (Plaintiff's Marks Are Not Famous)

9. Plaintiff's Mark, as alleged in the Complaint are not famous marks and therefore do not qualify for protection under the federal (or state) dilution statutes.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Fraud and Unclean Hands)

10. Plaintiff's claims are barred by the doctrines of fraud and unclean hands.

## TWELFTH AFFIRMATIVE DEFENSE

### (Loss of Distinctiveness)

11. Defendant alleges that Plaintiff's claims are barred as Plaintiff's alleged marks, to the extent that they ever had acquired any distinctiveness, have lost such distinctiveness or have become generic.

## THIRTEENTH AFFIRMATIVE DEFENSE

### (Reservation of Defenses)

12. Defendants allege that they have insufficient knowledge or information upon which to form a belief as to whether they may have additional, and as yet unstated affirmative defenses available, and reserve the right to assert such additional defenses in the event that further discovery, investigation or analysis indicate they are proper.

## PRAYER FOR RELIEF

WHEREFORE, Defendants prays for judgment against plaintiff as follows:

1. That Plaintiff takes nothing by way of the Complaint;
2. For its reasonable attorneys' fees;

3. For its costs of suit incurred herein; and

4. For such other relief as this Court deems just and proper.

DATED: July 15, 2016

BUCHALTER NEMER  
A Professional Corporation

By: /s/  
MATTHEW L. SEROR  
Attorneys for Defendants  
GREGORY CHAN and  
PYLON MEDIA GROUP, INC.

## DEMAND FOR TRIAL BY JURY

Defendants hereby demand a trial by jury on all issues in Plaintiff's Complaint that are triable by jury.

DATED: July 15, 2016

BUCHALTER NEMER
A Professional Corporation

By: /s/
MATTHEW L. SEROR
Attorneys for Defendants
GREGORY CHAN and
PYLON MEDIA GROUP, INC.

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

ANSWER
BN 21244488v1