**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
msmith@correllsmith.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax:  (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>　　　　　Defendants. | Case No. 8:16-cv-795<br><br>**APPLICATION FOR ENTRY OF DEFAULT AGAINST:**<br>**(1) APIRILIACO LIMITED d/b/a HoneyDaddy.com;**<br>**(2) EAST FENERIDOU; AND**<br>**(3) E.C.A. KARTOIR SECRETARIAL LTD.** |

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA:

As provided by Rule 55 of the Federal Rules of Civil Procedure ("Fed. R. Civ. P."), Plaintiff REFLEX MEDIA, INC., requests that the Clerk enter the default of the following Defendants for failure to plead or otherwise defend against this action in a timely manner:

**APIRILIACO LIMITED d/b/a HoneyDaddy.com**

　　1.　　As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4(f) of the Federal Rules of Civil Procedure on August 5, 2016.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on August 26, 2016.

**EAST FENERIDOU**

1. As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4(f) of the Federal Rules of Civil Procedure on August 5, 2016.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on August 26, 2016.

**E.C.A. KARTOIR SECRETARIAL LTD.**

1. As evidenced by the proof of service on file with this Court, the above-named Defendant was served pursuant to Rule 4 of the Federal Rules of Civil Procedure on August 5, 2016.

2. The applicable time limit for the above-named Defendant to appear or otherwise respond to this action expired on August 26, 2016.

The above-named Defendants have failed to plead or otherwise respond to the Complaint.

This request is based on the attached Declaration of Mark L. Smith, counsel for Plaintiff Reflex Media, Inc.

Dated: November 14, 2016.          **SMITH CORRELL, LLP.**


By: /s/ Mark L. Smith
Mark L. Smith
Attorneys for Plaintiff
REFLEX MEDIA, INC.

## DECLARATION OF MARK L. SMITH

I, MARK L. SMITH, declare and state:

1. I am an attorney admitted to practice before this Court. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am counsel for Plaintiff Reflex Media, Inc. This Declaration is submitted in support of Plaintiff's request that the Clerk enter default against Defendants Apiriliaco Limited; East Feneridou; and E.C.A. Kartoir Secretarial LTD (collectively, the "**Default Defendants**").

3. This action was filed on April 27, 2016. Plaintiff, as the owner of the trademark SEEKING ARRANGEMENT, alleges, among other things, that the Default Defendants have deliberately and without authorization used Plaintiff's trademark, and made false and misleading statements in advertising their services. Plaintiff asserts claims for trademark infringement, false advertising, dilution of a famous mark, unfair competition, and interference with prospective economic advantage.

4. After filing this action, I arranged for service of a copy of the Summons and Compliant upon the Default Defendants in the country of Cyprus pursuant to Rule 4(f) of the Federal Rules of Civil Procedure and the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters (the "Hague Convention"). Service of process was made on the Default Defendants on August 5, 2016.

5. Under Rule 12 of the Federal Rules of Civil Procedure, the Default Defendants were required to plead or otherwise respond to the Complaint by August 26, 2016. The time to plead or otherwise respond to the Complaint has not been extended by any agreement of the parties or any order of the Court.

6. On September 9, 2016, my office sent a letter to the Default Defendants via FedEx stating that the time to respond to the Complaint had expired. That letter also asked the Default Defendants to contact my office if they planned to respond to the Complaint. The letter also stated that if I did not hear from them we would file a request for entry of

1  default with the Court.

2      7.    My office sent a copy of the September 9, 2016, correspondence to the same address where the Default Defendants were originally served with the Complaint in Cyprus. In addition, we also sent a copy of the letter to a new address in Las Vegas, Nevada, that appeared on the <HoneyDaddy.com> website. (The Las Vegas address was removed from the website after our letter was delivered. Screenshots of the website were taken to preserve the information.)

    8.    Both letters (*i.e.*, the copy sent to Cyprus and the copy sent to Las Vegas) were signed for and FedEx records show that they were delivered.

    9.    Defendants did not respond to the Complaint and I received no response to my September 9, 2016, correspondence.

    10.    The Default Defendants are not minors or incompetent persons.

    11.    The Default Defendants are not currently in U.S. military service, and therefore, the Servicemembers Civil Relief Act does not apply.

    12.    I have attached to this declaration a true and correct copy of the three (3) **proofs of service** on file with this Court for the above-named Default Defendants.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Novmeber 14, 2016.    By:  /s/ Mark L. Smith
                                            Mark L. Smith, Esq.

| | |
|---|---|
| **SMITH CORRELL, LLP**<br>MARK SMITH – California SBN 213829<br>msmith@correllsmith.com<br>11766 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025<br>Tel: (213) 443-6222<br>Fax: (877) 730-5910<br><br>Attorneys for Plaintiff<br>REFLEX MEDIA, INC. | Date Filed: 8/12/16<br>Document Number: 19 |

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>    Defendants. | Case No. 8:16-cv-795<br><br>**PROOF OF SERVICE OF SUMMONS** |

COMES NOW Plaintiff Reflex Media, Inc., by and through its counsel of record, and hereby submits the following as proof of service of summons upon Apiriliaco Limited:

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Complaint, Exhibits 1–2 to the Complaint, and a copy of the Court's Standing Order.

3. *Party served*: Apiriliaco Limited.

4. *Address where the party was served*: 11 Souliou, Vamiko 5, Floor 1, Flat 14, Strovolos 2018 Cyprus.

5. *I served the party by*: substituted service on Friday, August 5, 2016, at 11:00 a.m. via Federal Express by requiring signature as acknowledgement of receipt and having been signed for by "MARIOS." I sent the documents listed in paragraph two on July 20, 2016, from Salt Lake City, Utah, to Strovolos, Cyprus, in accordance with Fed R. Civ. P. 4(f) and The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of delivery and acknowledgement of receipt is attached hereto.

6. *Person who served the papers*: Melina Hernandez, 124 West 1400 South, Salt Lake City, Utah, 84115, (801) 436-5550. The fee for service was $53.55. I am exempt from registration under Business and Professions Code Section 22350(b)(2).

7. *I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the forgoing is true and correct*.

Dated: August 12, 2016              /s/ Melina Hernandez
                                    MELINA HERNANDEZ



August 9,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776806671643**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | STROVOLOU 20 STROVOLOS 2018 |
| **Signed for by:** | MARIOS | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776806671643 | **Ship date:** | Jul 21, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
APIRILIACO REP OR OWNER
APIRILIACO
11 SOULIOU, VAMIKO 5
FLOOR 1, FLAT 14
STROVOLOS 2018 CY

**Shipper:**
JACOB L. FONNESBECK
SMITH CORRELL LLP
124 WEST 1400 SOUTH
SUITE 204
SALT LAKE CITY, UT 84115 US

Thank you for choosing FedEx.

| | | |
|---|---|---|
| 1 | **SMITH CORRELL, LLP**<br>MARK SMITH – California SBN 213829 | Date Filed: 8/12/16<br>Document Number: 20 |
| 2 | msmith@correllsmith.com | |
| 3 | 11766 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025 | |
| 4 | Tel: (213) 443-6222<br>Fax: (877) 730-5910 | |
| 5 | Attorneys for Plaintiff | |
| 6 | REFLEX MEDIA, INC. | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>  Defendants. | Case No. 8:16-cv-795<br><br>**PROOF OF SERVICE OF SUMMONS** |

COMES NOW Plaintiff Reflex Media, Inc., by and through its counsel of record, and hereby submits the following as proof of service of summons upon East Feneridou:

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of the Summons, Complaint, Exhibits 1–2 to the Complaint, and a copy of the Court's Standing Order.
3. *Party served*: East Feneridou.
4. *Address where the party was served*: 11 Souliou, Vamiko 5, Floor 1, Flat 14, Strovolos 2018 Cyprus.

5. *I served the party by*: substituted service on Friday, August 5, 2016, at 11:00 a.m. via Federal Express by requiring signature as acknowledgement of receipt and having been signed for by "MARIOS." I sent the documents listed in paragraph two on July 20, 2016, from Salt Lake City, Utah, to Strovolos, Cyprus, in accordance with Fed R. Civ. P. 4(f) and The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of delivery and acknowledgement of receipt is attached hereto.

6. *Person who served the papers*: Melina Hernandez, 124 West 1400 South, Salt Lake City, Utah, 84115, (801) 436-5550. The fee for service was $53.55. I am exempt from registration under Business and Professions Code Section 22350(b)(2).

7. *I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the forgoing is true and correct*.

Dated: August 12, 2016         /s/ Melina Hernandez
                               MELINA HERNANDEZ



August 9, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776806727878**.

---

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | STROVOLOU 20 STROVOLOS 2018 |
| **Signed for by:** | MARIOS | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

---

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776806727878 | **Ship date:** | Jul 21, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
EAST FENERIDOU
11 SOULIOU, VAMIKO 5
FLOOR 1, FLAT 14
STROVOLOS 2018 CY

**Shipper:**
JACOB L. FONNESBECK
SMITH CORRELL LLP
124 WEST 1400 SOUTH
SUITE 204
SALT LAKE CITY, UT 84115 US

Thank you for choosing FedEx.

| | | |
|---|---|---|
| 1 | **SMITH CORRELL, LLP** | Date Filed: 8/12/16 |
| 2 | MARK SMITH – California SBN 213829<br>msmith@correllsmith.com | Document Number: 21 |
| 3 | 11766 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025 | |
| 4 | Tel: (213) 443-6222<br>Fax: (877) 730-5910 | |
| 5 | Attorneys for Plaintiff | |
| 6 | REFLEX MEDIA, INC. | |

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

REFLEX MEDIA, INC., a Nevada corporation,

    Plaintiff,

vs.

GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,

    Defendants.

Case No. 8:16-cv-795

**PROOF OF SERVICE OF SUMMONS**

COMES NOW Plaintiff Reflex Media, Inc., by and through its counsel of record, and hereby submits the following as proof of service of summons upon E.C.A. Kartoir Secretarial Ltd.:

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of the Summons, Complaint, Exhibits 1–2 to the Complaint, and a copy of the Court's Standing Order.
3. *Party served*: E.C.A. Kartoir Secretarial Ltd.

<ol start="4">
<li>*Address where the party was served*: 11 Souliou, Vamiko 5, Floor 1, Flat 14, Strovolos 2018 Cyprus.</li>
<li>*I served the party by*: substituted service on Friday, August 5, 2016, at 11:00 a.m. via Federal Express by requiring signature as acknowledgement of receipt and having been signed for by "MARIOS." I sent the documents listed in paragraph two on July 20, 2016, from Salt Lake City, Utah, to Strovolos, Cyprus, in accordance with Fed R. Civ. P. 4(f) and The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of delivery and acknowledgement of receipt is attached hereto.</li>
<li>*Person who served the papers*: Melina Hernandez, 124 West 1400 South, Salt Lake City, Utah, 84115, (801) 436-5550. The fee for service was $53.55. I am exempt from registration under Business and Professions Code Section 22350(b)(2).</li>
<li>*I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the forgoing is true and correct*.</li>
</ol>

Dated: August 12, 2016      /s/ Melina Hernandez
                            MELINA HERNANDEZ



August 9,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776806707008**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | STROVOLOU 20 |
| | | | STROVOLOS 2018 |
| **Signed for by:** | MARIOS | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776806707008 | **Ship date:** | Jul 21, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
E.C.A. KARTOIR SECRETARIAL LTD
E.C.A. KARTOIR SECRETARIAL LTD
11 SOULIOU, VAMIKO 5
FLOOR 1, FLAT 14
STROVOLOS 2018 CY

**Shipper:**
JACOB L. FONNESBECK
SMITH CORRELL LLP
124 WEST 1400 SOUTH
SUITE 204
SALT LAKE CITY, UT 84115 US

Thank you for choosing FedEx.