**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
msmith@smithcorrell.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax:  (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>　　　　　　Defendants. | Case No. 8:16-cv-795-JFW-JEM<br><br>**JUDGMENT AGAINST DEFAULTED DEFENDANTS APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; AND E.C.A. KARTOIR SECRETARIAL LTD.**<br><br>Complaint filed: April 27, 2016 |

## JUDGMENT

The Court, having considered the Application for Entry of Default Judgment Against Defaulted Defendants Apiriliaco Limited d/b/a HoneyDaddy.com, East Feneridou, and E.C.A. Kartoir Secretarial Ltd. (the "Application"), the supporting declarations, exhibits and pleadings on file in this action and the *Eitel* factors, and good cause appearing therefore, hereby ORDERS, ADJUDGES, AND DECREES as follows:

　　1.　　The Application (Dkt. 35) is granted.

　　2.　　Judgment is hereby entered in favor of Plaintiff Reflex Media, Inc., and against Apiriliaco Limited d/b/a HoneyDaddy.com, East Feneridou, and E.C.A. Kartoir Secretarial Ltd., jointly and severally, for the total sum of Two Million Forty-Four

Thousand Two Hundred Seventy-Eight Dollars and Twenty-One Cents ($2,044,278.21), calculated as follows:

      a.    $2,000,000.00 (statutory damages); *plus*

      b.    $43,600.00 (attorneys' fees); *plus*

      c.    $678.21 (costs).

IT IS SO ORDERED.

DATED: March 14, 2017

_____
John F. Walter
Judge, United States District Court