MATTHEW L. SEROR (SBN: 235043)
    mseror@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Defendants
GREGORY CHAN and
PYLON MEDIA GROUP, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. 8:16-cv-00795-JFW-JEM<br><br>**STIPULATION FOR DISMISSAL OF DEFENDANTS GREGORY CHAN AND PYLON MEDIA GROUP, INC. WITHOUT PREJUDICE** |

　　IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Reflex Media, Inc. and Defendants Gregory Chan and Pylon Media Group, Inc. that the above captioned action be dismissed without prejudice pursuant to Rule 41(s)(1)(A)(ii) of the Federal Rules of Civil Procedure as to Defendants Gregory Chan and Pylon Media Group, Inc. only.

    Each Party identified herein will bear its own costs, expenses, and attorney's fees that it has incurred in connection with or arising out of this lawsuit.

DATED: April 21, 2017　　　　　　　SMITH CORRELL, LLP


By:     /s/
    JACOB FONNESBECK
Attorneys for Plaintiff
REFLEX MEDIA, INC.


DATED: April 21, 2017　　　　　　　BUCHALTER
A Professional Corporation


By:     /s/
    MATTHEW L. SEROR
Attorneys for Defendants
GREGORY CHAN and PYLON MEDIA GROUP, INC.

    I hereby attest that all signatories listed above, on whose behalf this notice is being submitted, concur in the filing's content and have authorized the filing.

DATED: April 21, 2017　　　　　　　BUCHALTER
A Professional Corporation


By:     /s/
    MATTHEW L. SEROR
Attorneys for Defendants
GREGORY CHAN and PYLON MEDIA GROUP, INC.