MATTHEW L. SEROR (SBN: 235043)
    mseror@buchalter.com
BUCHALTER
A Professional Corporation
1000 Wilshire Boulevard, Suite 1500
Los Angeles, CA 90017-2457
Telephone: (213) 891-0700
Fax: (213) 896-0400
Email: mseror@buchalter.com

Attorneys for Defendants
GREGORY CHAN and
PYLON MEDIA GROUP, INC.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 8:16-cv-00795-JFW-JEM<br><br>**ORDER ON STIPULATION FOR DISMISSAL OF DEFENDANTS GREGORY CHAN AND PYLON MEDIA GROUP, INC. WITHOUT PREJUDICE** |

The parties having so stipulated and agreed, the above captioned case is hereby dismissed without prejudice as to Defendants Gregory Chan and Pylon Media Group, Inc. only. Each Party to bear bear its own costs, expenses, and attorney's fees that it has incurred in connection with or arising out of this lawsuit.

IT IS SO ORDERED.

Dated: April 24, 2017

_____
The Honorable John F. Walter
United Stated District Court Judge