**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
msmith@smithcorrell.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>　　　　Defendants. | Case No. 8:16-cv-795-JFW (JEMx)<br><br>**DECLARATION OF MARK L. SMITH** |

## DECLARATION OF MARK L. SMITH

I, Mark L. Smith, declare as follows:

1. I am an attorney admitted to practice before this Court. I have personal knowledge of the following facts and could competently testify to these facts if called upon to do so.

2. I am the attorney for Plaintiff Reflex Media, Inc. ("Reflex Media") in the above-entitled action. This Declaration is submitted in support of Reflex Media's Opposition to Defendants Apiriliaco Limited, East Feneridou, and E.C.A. Kartoir Secretarial LTD's Motion for Indicative Ruling (the "Opposition").

3. Apiriliaco Limited, East Feneridou, and E.C.A. Kartoir Secretarial LTD are

1  collectively referred to herein as "Defendants."

2      4.    Attached to the Opposition as **Exhibit 1** are true and correct copies of the Proofs of Service and FedEx delivery confirmations showing that a copy of the Complaint was served on Defendants at 11 Souliou, Vamiko 5, Flatt 14, Strovolos, 2018, Cyprus ("Defendants' Address").

    5.    Attached to the Opposition as **Exhibit 2** are true and correct copies of the September 7, 2016, correspondence my office sent to Defendants and corresponding delivery confirmations from FedEx. Neither I nor my office received a response to this letter.

    6.    Attached to the Opposition as **Exhibit 3** is a true and correct copy of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil and Commercial Matters.

    7.    Attached to the Opposition as **Exhibit 4** is a true and correct copy of a screenshot taken from www.HoneyDaddy.com in September 2016.

    8.    Attached to the Opposition as **Exhibit 5** is a true and correct copy of a screenshot taken from www.HoneyDaddy.com on August 18, 2017.

    9.    Attached to the Opposition as **Exhibit 6** is a screenshot dated August 17, 2017, from www.opencorporates.com showing Defendant E.C.A. Kartoir Secretarial Ltd.'s "Registered Address."

    10.    Attached to the Opposition as **Exhibit 7** is a screenshot dated August 16, 2017, from www.whois.icann.org identifying Defendant Anatoli ("East") Feneridou as the point of contact on behalf of Defendant Apriliaco Limited for www.HoneyDaddy.com and her contact address in Cyprus.

    11.    Attached to the Opposition as **Exhibit 8** are true and correct copies of FedEx delivery confirmations showing that copies of Plaintiff Reflex Media's Application for Default Judgment and Notice of Lodging was served at Defendants' Address.

    12.    Attached to the Opposition as **Exhibit 9** is a true and correct copy of a

FedEx delivery confirmation showing that the September 7, 2016, correspondence (referenced above) was delivered to the Las Vegas, Nevada, address shown in the screenshot attached as Exhibit 4.

    I declare under penalty of perjury of the law of the United States that the foregoing is true and correct to the best of my knowledge.

Executed on August 21, 2017.

By: _____
Mark L. Smith, Esq.

---

3

DECLARATION OF MARK L. SMITH