# Exhibit 1

**SMITH CORRELL, LLP**
MARK SMITH – California SBN 213829
msmith@correllsmith.com
11766 Wilshire Blvd., Suite 1670
Los Angeles, CA 90025
Tel: (213) 443-6222
Fax: (877) 730-5910

Attorneys for Plaintiff
REFLEX MEDIA, INC.

Date Filed: 8/12/16
Document Number: 19

# UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>   Plaintiff,<br><br>vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>   Defendants. | Case No. 8:16-cv-795<br><br>**PROOF OF SERVICE OF SUMMONS** |

  COMES NOW Plaintiff Reflex Media, Inc., by and through its counsel of record, and hereby submits the following as proof of service of summons upon Apiriliaco Limited:

1. At the time of service, I was at least 18 years of age and not a party to this action.

2. I served copies of the Summons, Complaint, Exhibits 1–2 to the Complaint, and a copy of the Court's Standing Order.

3. *Party served*: Apiriliaco Limited.

---

1
**PROOF OF SERVICE OF SUMMONS**

4. *Address where the party was served*: 11 Souliou, Vamiko 5, Floor 1, Flat 14, Strovolos 2018 Cyprus.

5. *I served the party by*: substituted service on Friday, August 5, 2016, at 11:00 a.m. via Federal Express by requiring signature as acknowledgement of receipt and having been signed for by "MARIOS." I sent the documents listed in paragraph two on July 20, 2016, from Salt Lake City, Utah, to Strovolos, Cyprus, in accordance with Fed R. Civ. P. 4(f) and The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of delivery and acknowledgement of receipt is attached hereto.

6. *Person who served the papers*: Melina Hernandez, 124 West 1400 South, Salt Lake City, Utah, 84115, (801) 436-5550. The fee for service was $53.55. I am exempt from registration under Business and Professions Code Section 22350(b)(2).

7. *I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the forgoing is true and correct*.

Dated: August 12, 2016        /s/ Melina Hernandez
                              MELINA HERNANDEZ



August 9,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776806671643**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | STROVOLOU 20 STROVOLOS 2018 |
| **Signed for by:** | MARIOS | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776806671643 | **Ship date:** | Jul 21, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
APIRILIACO REP OR OWNER
APIRILIACO
11 SOULIOU, VAMIKO 5
FLOOR 1, FLAT 14
STROVOLOS 2018 CY

**Shipper:**
JACOB L. FONNESBECK
SMITH CORRELL LLP
124 WEST 1400 SOUTH
SUITE 204
SALT LAKE CITY, UT 84115 US

Thank you for choosing FedEx.

| | | |
|---|---|---|
| 1 | **SMITH CORRELL, LLP** | Date Filed: 8/12/16 |
| 2 | MARK SMITH – California SBN 213829<br>msmith@correllsmith.com | Document Number: 20 |
| 3 | 11766 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025 | |
| 4 | Tel: (213) 443-6222<br>Fax: (877) 730-5910 | |
| 5 | Attorneys for Plaintiff | |
| 6 | REFLEX MEDIA, INC. | |

## UNITED STATES DISTRICT COURT

## DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>        Defendants. | Case No. 8:16-cv-795<br><br>**PROOF OF SERVICE OF SUMMONS** |

    COMES NOW Plaintiff Reflex Media, Inc., by and through its counsel of record, and hereby submits the following as proof of service of summons upon East Feneridou:

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of the Summons, Complaint, Exhibits 1–2 to the Complaint, and a copy of the Court's Standing Order.
3. *Party served*: East Feneridou.
4. *Address where the party was served*: 11 Souliou, Vamiko 5, Floor 1, Flat 14, Strovolos 2018 Cyprus.

5. *I served the party by*: substituted service on Friday, August 5, 2016, at 11:00 a.m. via Federal Express by requiring signature as acknowledgement of receipt and having been signed for by "MARIOS." I sent the documents listed in paragraph two on July 20, 2016, from Salt Lake City, Utah, to Strovolos, Cyprus, in accordance with Fed R. Civ. P. 4(f) and The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of delivery and acknowledgement of receipt is attached hereto.

6. *Person who served the papers*: Melina Hernandez, 124 West 1400 South, Salt Lake City, Utah, 84115, (801) 436-5550. The fee for service was $53.55. I am exempt from registration under Business and Professions Code Section 22350(b)(2).

7. *I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the forgoing is true and correct*.

Dated: August 12, 2016            /s/ Melina Hernandez
                                   MELINA HERNANDEZ



August 9, 2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776806727878**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | STROVOLOU 20 STROVOLOS 2018 |
| **Signed for by:** | MARIOS | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776806727878 | **Ship date:** | Jul 21, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

**Recipient:**
EAST FENERIDOU
11 SOULIOU, VAMIKO 5
FLOOR 1, FLAT 14
STROVOLOS 2018 CY

**Shipper:**
JACOB L. FONNESBECK
SMITH CORRELL LLP
124 WEST 1400 SOUTH
SUITE 204
SALT LAKE CITY, UT 84115 US

Thank you for choosing FedEx.

|   |   |   |
|---|---|---|
| 1 | **SMITH CORRELL, LLP** | Date Filed: 8/12/16 |
| 2 | MARK SMITH – California SBN 213829<br>  msmith@correllsmith.com | Document Number: 21 |
| 3 | 11766 Wilshire Blvd., Suite 1670<br>Los Angeles, CA 90025 | |
| 4 | Tel: (213) 443-6222<br>Fax: (877) 730-5910 | |
| 5 | Attorneys for Plaintiff | |
| 6 | REFLEX MEDIA, INC. | |

UNITED STATES DISTRICT COURT

DISTRICT OF CALIFORNIA, CENTRAL DISTRICT

| | |
|---|---|
| REFLEX MEDIA, INC., a Nevada corporation,<br><br>  Plaintiff,<br><br>vs.<br><br>GREGORY CHAN; PYLON MEDIA GROUP, INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU; E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>  Defendants. | Case No. 8:16-cv-795<br><br>**PROOF OF SERVICE OF SUMMONS** |

COMES NOW Plaintiff Reflex Media, Inc., by and through its counsel of record, and hereby submits the following as proof of service of summons upon E.C.A. Kartoir Secretarial Ltd.:

1. At the time of service, I was at least 18 years of age and not a party to this action.
2. I served copies of the Summons, Complaint, Exhibits 1–2 to the Complaint, and a copy of the Court's Standing Order.
3. *Party served*: E.C.A. Kartoir Secretarial Ltd.

4. *Address where the party was served*: 11 Souliou, Vamiko 5, Floor 1, Flat 14, Strovolos 2018 Cyprus.

5. *I served the party by*: substituted service on Friday, August 5, 2016, at 11:00 a.m. via Federal Express by requiring signature as acknowledgement of receipt and having been signed for by "MARIOS." I sent the documents listed in paragraph two on July 20, 2016, from Salt Lake City, Utah, to Strovolos, Cyprus, in accordance with Fed R. Civ. P. 4(f) and The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents. Proof of delivery and acknowledgement of receipt is attached hereto.

6. *Person who served the papers*: Melina Hernandez, 124 West 1400 South, Salt Lake City, Utah, 84115, (801) 436-5550. The fee for service was $53.55. I am exempt from registration under Business and Professions Code Section 22350(b)(2).

7. *I declare under penalty of perjury under the law of the State of California and under the laws of the United States of America that the forgoing is true and correct*.

Dated: August 12, 2016          /s/ Melina Hernandez
                                MELINA HERNANDEZ



August 9,2016

Dear Customer:

The following is the proof-of-delivery for tracking number **776806707008**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery location:** | STROVOLOU 20 STROVOLOS 2018 |
| **Signed for by:** | MARIOS | | |
| **Service type:** | FedEx International Priority | | |
| **Special Handling:** | Deliver Weekday | | |

NO SIGNATURE IS AVAILABLE
FedEx Express proof-of-delivery details appear below; however, no signature is currently available for this shipment. Please check again later for a signature.

## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 776806707008 | **Ship date:** | Jul 21, 2016 |
| | | **Weight:** | 0.7 lbs/0.3 kg |

| Recipient: | Shipper: |
|---|---|
| E.C.A. KARTOIR SECRETARIAL LTD | JACOB L. FONNESBECK |
| E.C.A. KARTOIR SECRETARIAL LTD | SMITH CORRELL LLP |
| 11 SOULIOU, VAMIKO 5 | 124 WEST 1400 SOUTH |
| FLOOR 1, FLAT 14 | SUITE 204 |
| STROVOLOS 2018 CY | SALT LAKE CITY, UT 84115 US |

Thank you for choosing FedEx.