# Exhibit 4



Log In

# Mr. Money,
# Meet Miss Honey

Get Started

Coming soon to

No Strings Attached

Beautiful and wealthy singles connect with drama-free expectations.



## An Algorithm That Works

It's all about you. New matches suggested based on your daily activity.



## Play Safely

Meet other members looking for the real Honey deal.







## Meet your perfect Honey

Start Browsing

  

Terms of service     Privacy policy     Support

© 2016, HoneyDaddy. All rights reserved.

APIRILIACO LIMITED, 11 Souliou, Vamiko 5, Office/Flat 14, Strovolos, 2018, Nicosia, Cyprus
APIRILIACO INC., 5550 Painted Mirage Road STE.320, Las Vegas, NV,89149