SHIPMAN & GOODWIN LLP
Michael T. Conway (SBN 164004)
400 Park Avenue, Fifth Floor
New York, New York 10022
Telephone: (212) 376-3010
Facsimile:  (212) 376-3024
mconway@goodwin.com

and

HOWARD R. PRICE (SBN 41522)
9663 Santa Monica Blvd., Suite 1250
Beverly Hills, CA. 90210
Telephone: (310) 277-8438
Facsimile:  (323) 935-5017
hrprice@aol.com

*Attorneys for Defendants*
*Apiriliaco Limited d/b/a HoneyDaddy.com, "East Feneridou"*
*and E.C.A. Kartoir Secretarial Ltd.*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC, a Nevada Corporation,<br><br>Plaintiff,<br><br>v.<br><br>GREGORY CHAN; PYLON MEDIA GROUP,INC.; APIRILIACO LIMITED d/b/a HoneyDaddy.com; EAST FENERIDOU;E.C.A. KARTOIR SECRETARIAL LTD.; and Does 1-10, inclusive,<br><br>Defendants. | Case No.  8:16-cv-795-JFW-JEM<br><br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br><br>Judge John F. Walter |

///
///
///
///
///

Pursuant to LR 5-4.1, the undersigned counsel of record for Defendants APIRILIACO LIMITED d/b/a HoneyDaddy.com ("Apiriliaco"), EAST FENERIDOU ("Feneridou") and E.C.A. KARTOIR SECRETARIAL LTD. ("Kartoir") (all three collectively referred to as "Defendants"), Howard R. Price, hereby declares as follows:

1. I am a registered user of the Court's CM/ECF system.

2. The e-mail address of record is hrprice@aol.com.

3. I have consented to service and receipt of filed documents by electronic means.

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: September 12, 2017

/s/ Howard R. Price
HOWARD R. PRICE