1                                                                    JS6

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10

11  Reflex Media, Inc.,           )  Case No. **SACV 16-795-JFW (JEMx)**
                                   )
12              Plaintiff,         )  **JUDGMENT**
                                   )
13      v.                         )
                                   )
14  Gregory Chan, et al.,          )
                                   )
15              Defendant.         )
    _____ )
16

17       The Court, on June 4, 2021, having granted Plaintiffs

18  Reflex Media, Inc.'s ("Reflex") and Clover8 Investments PTE,

19  Ltd.'s ("Clover8") Motion for Summary Judgment against

20  Apiriliaco Limited ("Apiriliaco") based on its determination

21  that there was no genuine issue as to any material fact and

22  that Reflex and Clover8 were entitled to judgment as a matter

23  of law,

24       IT IS NOW, THEREFORE, HEREBY ORDERED, ADJUDGED AND

25  DECREED, THAT:

26       1.  Plaintiffs Reflex and Clover8 shall have judgment in

27  their favor and against Defendant Apiriliaco in the amount of

28  $250,000; and

1      2.   Apiriliaco and its affiliates, employees, and agents

2  are hereby permanently enjoined from using Reflex's and

3  Clover8's "Seeking Arrangement" mark.

4

5

6  Dated: June 11, 2021

                                 JOHN F. WALTER

7                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28